■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHAWN COLLIER, Appellant. (Appeal No. 1.) [841 NYS2d 921]— Appeal from a judgment of the Supreme Court, Monroe County (David D. Egan, J.), rendered January 29, 2004. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a weapon in the second degree and criminal possession of a weapon in the third degree.

It is hereby ordered that the judgment so appealed from be

and the same hereby is unanimously affirmed. Present—Scudder, P.J., Martoche, Centra, Green and Pine, JJ.